# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
Eastern District - WI
FILED

2020 JUN -8 A 11:20

CLERK OF COURT

Plaintiff(s):                    Case Number:

Ex Rel BONALD FILLYAW JR          **20-C-0861**

V.

Defendant(s):                    CIVIL RIGHTS COMPLAINT

JOHN DOE 1 et al.                False arrest, false

JOHN DOE 2 et al.                imprisonment, Excessive

                                 force, Tort Claims

## I. Jurisdiction and Venue

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress depeivation of rights under color of state law, of rights secured by the federal consitution of the United States (major).
This court has Jurisdiction under section 1331 and 1343 (a) (3).

2. The Eastern district Court is an appropriate venue under 28 U.S.C Section 1391 (b) (2) because it is where the majority of these events giving rise to these claims occurred.

## II. Parties

1. Plaintiff(s): Fillyaw Ronald Jr. is/was at all times mentioned herein, the injured party in these matters and a prisoner at

Milwaukee County Jail in Milwaukee, Wisconsin.
Plaintiff(s) is currently sustaining Citizenship
under the Creator within His Creation.
99-3-05

2. Defendant(s), JOHN DOE 1, is/was at all times
mentioned herein as, Police Officer Steelow
employee of Milwaukee County district 3
Police Station in Milwaukee, Wisconsin

3. Defendant(s), JOHN DOE 2, is/was at all times
mentioned herein as, Police Officer Claudio
an employee of Milwaukee County district 3
Police Station an JOHN DOE 1 partner, in
Milwaukee, Wisconsin

## III. Statement of Claim

1. At the outset, the Plaintiff seeks to have the
court note that pleadings and filings performed
by pro-se litigants are held to a less stringent
standard than those drafted by an attorney
or legal counsel. See, Haines v. Kerner, 404 U.S.;
Estelle v. Gamble, 429 U.S.; This looser standard
requires the court to be especially indulgent
in accepting truth of the factual averments
of the complaint and to consider every
inference helpful to the plaintiff(s) cause.
Accordingly, in viewing pro these plaintiff the
court is required to look to the allegations

of the complaint and if under any theory they are sufficient to state a cause of action in accordance with the law, [any] motion to dismiss the complaint must be denied.

2. During the night of feb. 9 2018 I was arrested an taken to district 3, by both defendants named in this matter. While at this district officer Steelow used excessive force on my body while I was already in restraints with cuffs on my hands behind my back. Also before leaving the district an taken to the hospital I also had my fingerprints taken from me by force by those officers with my hands cuffed behind my back, I told them I did not consent to the taking of my fingerprints, but the officers insisted on trying to break my wrist and my thumb in order to take my fingerprints by force.

3. On this same night feb. 9 2018 while at the hospital the named defendants in this matter laid me on the hospital bed with my hands cuffed behind my back an my

feet ... to the bed ... namely officer Steelow grabbed me by the face than

began to chock me on the bed an held a hand over my nose an I could not breath an screamed for help as one of the nurses was also in the room, I was being chocked on the side of the bed begging for someone to help me as the officer tried to claim I was spiting an I never tried nor attempted to spit at anyone.

4. This claim is against both defendants named herein in there Public/Private capacitys.

IV. Relief Wanted

1. Plaintiff seeks monetary damages in the form of actual an Punitive damages against each officer individually. Actual damages in the amount of $800,000 per officer an Punitive damages in the amount of 1.2 million per officer. An any equitable relief the court deems proper in these matters.

2. Yes-☒ I want a Jury to hear my case.



I declare under penalty of perjury
that the foregoing is true and correct.

Complaint signed this 3rd day of
June 2020

Respectfully Submitted,

A.B.B. Without Prejudice

I.D # 2019011000

Milwaukee County Jail
c/o 949 N. 9th St
Milwaukee, Wisc. [53233]

Case 2:20-cv-00861-NJ   Filed 06/08/20   Page 6 of 6   Document 1