# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RONALD FILLYAW, JR.**

              **Plaintiff,**

v.                                                          **Case No. 20-CV-861**

**OFFICER STEELOW,** *et al.*,

              **Defendants.**

## RECRUITMENT ORDER

At the court's request, Attorney Willem Noorlander, of S.B.R. Law Group has agreed to represent plaintiff Ronald Fillyaw Jr. on a volunteer basis. Before the court will facilitate Mr. Noorlander's representation, Fillyaw must agree to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. The court will provide Fillyaw with a copy of the regulations. Under Paragraph A.1, the attorneys' volunteer representation will take effect only after Fillyaw signs and returns the enclosed form stating his agreement to be bound by the regulations.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that on or before **October 14, 2022**, Fillyaw must sign and return the enclosed Agreement to Reimburse the Pro Bono Fund, if he wishes to proceed with a lawyer in this case at no charge to him.

The court will send Fillyaw a copy of the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases.

**IT IS FURTHER ORDERED** that a copy of this order be sent to Attorney Willem Noorlander, of S.B.R. Law Group, 675 N. Barker Rd, Suite 300, Brookfield, WI 53045.

Dated at Milwaukee, Wisconsin this 19th day of September, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2

Case 2:20-cv-00861-NJ   Filed 09/19/22   Page 2 of 2   Document 31